In the Matter of LOUIS J. MARASCO, Appellant, against FRANK E. MORSE, as Acting Superintendent of the State Agricultural and Industrial School at Industry, et al., Respondents.

Submitted November 23, 1942; decided January 7, 1943.

*Louis I. Bunis* for appellant.

*John J. Bennett, Jr., Attorney-General (Clarence M. Maloney* and *Henry Epstein* of counsel), for Frank E. Morse, et al., respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part, DESMOND, J.